**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-7593**

JOHN JAMES BELL, a/k/a Omar Abdel-Al-Mumit,

             Plaintiff – Appellant,

        v.

DORIS ANN COOKE, RN; DOCTOR M. BEINOR; P. HOUGH, Inmate
Grievance Coordinator; WARDEN CECILIA REYNOLDS; ASSOCIATE
WARDEN JENNIE MCKAY,

             Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Anderson.  Henry F. Floyd, District Judge.
(8:10-cv-00398-HFF)

Submitted:  April 11, 2011          Decided:  April 29, 2011

Before SHEDD, DUNCAN, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

John James Bell, Appellant Pro Se. James E. Parham, Jr., Irmo,
South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John James Bell appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Bell v. Cooke, No. 8:10-cv-00398-HFF (D.S.C. Nov. 2, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2